# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135250(23)

TAMARA CIARAMITARO,
        Plaintiff-Appellant,

v

                                                 SC: 135250
                                               COA: 279388
GREEKTOWN CASINO, LLC and                  WCAC: 06-0102
FAIRMONT INSURANCE COMPANY
        Defendant-Appellee,

and

ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
        Defendant.

_____/

       On order of the Court, the motion for reconsideration of this Court's December 12, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

d1020

_____
Clerk